UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ARTAVIOUS CHARLES BROWN,

    Defendant.

_____/

Hon. Robert J. Jonker

Case No. 1:22-cr-00180

## ORDER

Defendant appeared before the undersigned judicial officer on December 28, 2022, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of his rights, including those attendant to a detention hearing, defendant waived his right to the hearing, reserving the right to request a hearing should a change in circumstances warrant it.  The undersigned finds that defendant's waiver was knowingly and voluntarily entered

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on December 28, 2022.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge